UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                         CASE NO. 13 B 43384
                                               CHAPTER 13

Betty A Anderson
                                               JUDGE JACK B SCHMETTERER

         DEBTOR                                **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  Great Lakes Bank Na

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| | 21 | XXXXXX0806 | $0.00 | $2,313.00 | $2,313.00 |
| Total Amount Paid by Trustee | | | | | $2,313.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 13-43384-JBS

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 4th day of April, 2017.


Debtor:                                          Attorney:
Betty A Anderson                                 THE SEMRAD LAW FIRM LLC
2713 Larkspur LN                                 20 S CLARK ST 28TH FLR
Hazel Crest, IL  60429                           CHICAGO, IL  60603
                                                 via Clerk's ECF noticing procedures


Creditor:
Great Lakes Bank Na
13057 Western Ave
Blue Island, IL  60406

ELECTRONIC SERVICE - United States Trustee


Date:  April 04, 2017                            /s/ TOM VAUGHN
                                                 _____
                                                 TOM VAUGHN
                                                 CHAPTER 13 TRUSTEE
                                                 55 E. MONROE STREET, SUITE 3850
                                                 CHICAGO, IL  60603